**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PNC BANK, NATIONAL ASSOCIATION,
successor by merger to PNC Equipment
Finance, LLC d/b/a CIMC Capital,

      Plaintiff,

v.

H AND N EXPRESS LLC and HUSAM
AL-WAELI,

      Defendants.

Case No. 2:25-cv-12794

Hon. Brandy R. McMillion

---

## <u>DEFAULT JUDGMENT</u>

In accordance with the Order Granting Plaintiff's Motion for Entry of Default Judgment, dated April 20, 2026,

**IT IS ORDERED AND ADJUDGED** that judgment, in the amount of $322,200.93, plus interest and cost of collection, is entered in favor of Plaintiff PNC Bank, National Association, and against Defendants H and N Express, LLC and Husam Al-Waeli, jointly and severally.

**IT IS FURTHER ORDERED AND ADJUDGED** that PNC is immediately granted the right to possession of the Collateral of H and N, defined as follows: four (4) 2023 Vanguard Dry Van Trailers, Vin Nos. 5V8VC5329PM301356, 5V8VC5320PM301357, 5V8VC5323PM301402, and

5V8VC5323PM301403 ("the Collateral").  Defendants shall deliver the Collateral to PNC within 21 days of this Order, or the Sheriff or Court Officer shall seize the Collateral at any time and, to the extent possible, deliver it to PNC for sale.

**IT IS FURTHER ORDERED AND ADJUDGED** that PNC is authorized to sell the Collateral without further notice to the Defendants, and any proceeds arising from the sale of any of the Collateral shall be made payable solely to PNC and delivered to PNC's attorney, Plunkett Cooney.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants, jointly and severally, shall be obligated to pay any further costs of collection incurred by PNC, including attorney's fees, subsequent to the date of this Judgment.

KINIKIA ESSIX
CLERK OF COURT

By:   s/L. Hosking
Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge

Dated:  April 20, 2026
Detroit, Michigan

2